IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARNETTA SWIFT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3081 |
| | ) | |
| V. | ) | |
| | ) | |
| JAREBECK LUX, JUDGE COFFEY, | ) | **MEMORANDUM** |
| OFFICER HOLTMAYER, FOXALL, | ) | **AND ORDER** |
| director of corrections, and JON DOE, | ) | |
| unknown Staff, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 29, 2016, the court ordered Plaintiff to file an amended complaint by September 26, 2016 or face dismissal of this action. (Filing No. 6.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 20th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge